# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLEN TROGDON,

    Plaintiff,

v.

CLARK COUNTY NAPHCARE, *et al.*,

    Defendants.

Case No. 2:08-CV-00584-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion Stating That All Rules...Have Been Adhered to by Plaintiff (#17) which the Court will liberally construe as a motion to reconsider. Defendant John Scott filed a response in opposition (#18).

    The State of Nevada accepted service on behalf of John Scott on April 30, 2009. The claims against John Scott were then dismissed on August 6, 2009. On October 1, 2009, the Court ordered Plaintiff to file proof of service on the remaining defendants. When Plaintiff failed to do so, the Court dismissed without prejudice the remaining defendants in accordance with Federal Rule of Civil Procedure 4(m). Then on October 30, 2009, Plaintiff filed the present motion asserting that he had paid the initial partial filing fee in accordance with the magistrate judge's order and essentially asking that the case be reopened. However, Plaintiff's payment of fees was never an issue.

Plaintiff may file a new complaint against the defendants that were dismissed without prejudice. Though given the opportunity to file proof of service with the Court and after having been instructed by the magistrate judge how to properly file the USM-285 forms in order to have service perfected by the United States Marshals, Plaintiff has still failed to demonstrate that he ever served the remaining defendants.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion Stating That All Rules...Have Been Adhered to by Plaintiff (#17) is **DENIED**.

DATED this 14th day of September 2010.

_____
Kent J. Dawson
United States District Judge